UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| JAMES BRADY, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>SEPTEM INCORPORATED D/B/A SOUTH SACRAMENTO CARE CENTER, a California Corporation,<br><br>        Defendant. | No. 2:21-cv-00160-WBS-JDP<br><br>ORDER |

----oo0oo----

        Defendant's motions to dismiss (Docket Nos. 6, 10), are denied without prejudice in light of the filing of the First Amended Complaint, (Docket No. 9).  Defendants may raise any arguments regarding the First Amended Complaint in a new motion to dismiss which shall be properly noticed for hearing in accordance with the court's rules and procedures.

        IT IS SO ORDERED.

Dated:  April 20, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE